# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| DR. MONICA A. PRICE, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 1:23CV1102 |
| DURHAM PUBLIC SCHOOLS, | ) ) ) | |
| Defendant. | ) | |

## ORDER

The Order and Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on February 18, 2025, was served on the parties in this action. (ECF Nos. 18, 19). On March 4, 2025, Defendant filed Objections to the Magistrate Judge's Recommendation, entitled "Defendant Durham Public Schools' Objections to Magistrate Judge's Memorandum and Recommendation." (ECF No. 20).

The Court has reviewed Defendant's Objections and has made a de novo determination which is in accord with the Magistrate Judge's Recommendation. The Court therefore adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that the Court **DENY** the Dismissal Motion, (ECF No. 9).

A judgment in this action will be entered contemporaneously with this Order.

This, the 28th day of March 2025.

/S/ Loretta C. Biggs
Senior United States District Judge