# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DR. MONICA A. PRICE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DURHAM PUBLIC SCHOOLS, )<br>)<br>Defendant. ) | 1:23CV1102 |

## JUDGMENT

For the reasons set forth in the Order filed contemporaneously with this Judgment,

**IT IS HEREBY ORDERED AND ADJUDGED** that the Court **DENY** the Dismissal Motion, (ECF No. 9).

This, the 28th day of March 2025.

/S/ Loretta C. Biggs
Senior United States District Judge